Kelly H. Dove
Nevada Bar No. 10569
Michael Paretti
Nevada Bar No. 13926
SNELL & WILMER L.L.P.
3883 Howard Hughes Parkway
Suite 1100
Las Vegas, Nevada 89169
Telephone: 702.784.5200
Facsimile: 702.784.5252
Email: kdove@swlaw.com
 mparetti@swlaw.com

Jean F. Kuei
*Pro Hac Vice Application to be Filed*
REED SMITH LLP
1301 K. Street, N.W.
Suite 1000 – East Tower
Washington, D.C. 20005
Telephone: 202.414.9200
Facsimile: 202.414.9299
Email: jkuei@reedsmith.com

*Attorneys for Defendant PetSmart, Inc.*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| Kevin Zimmerman, and individual,<br><br>Plaintiff,<br><br>vs.<br><br>PetSmart, Inc.,<br><br>Defendant. | **Case No. 2:17-cv-00419-GMN-GWF**<br><br>**JOINT STIPULATION AND ORDER TO DISMISS WITH PREJUDICE** |

Plaintiff Kevin Zimmerman ("Plaintiff") and Defendant, PetSmart, Inc. ("PetSmart"), by and through their undersigned counsel (collectively the "Parties"), hereby submit this Stipulation and Order for Dismissal. The Parties stipulate and agree that a settlement has been reached in this matter as follows:

IT IS HEREBY STIPULATED AND AGREED that the parties have executed a Settlement Agreement setting forth the terms and conditions of settlement between Plaintiff, on one hand, and PetSmart, on the other hand;

IT IS FURTHER STIPULATED AND AGREED that Plaintiff's claims against PetSmart shall be dismissed with prejudice and that the respective parties will bear their own attorneys' fees, expenses, and costs associated with this action.

DATED: JULY 20, 2017

THE WILCHER FIRM

By: */s/ Whitney C. Wilcher*
Whitney C. Wilcher
8465 West Sahara Avenue
Suite 111-236
Las Vegas, Nevada 89117

*Attorneys for Plaintiff Kevin Zimmerman*

DATED: JULY 20, 2017

SNELL & WILMER L.L.P.

By: */s/ Michael Paretti*
Kelly H. Dove
Michael Paretti
3883 Howard Hughes Parkway
Suite 1100
Las Vegas, Nevada 89169

*Attorneys for Defendant PetSmart, Inc.*

## **ORDER**

**IT IS ORDERED** that Plaintiff's claims against PetSmart are dismissed, with prejudice, with each party to bear their own attorneys' fees, expenses, and costs.

Dated this  29  day of July, 2017.

_____
UNITED STATES DISTRICT COURT JUDGE

Respectfully submitted,

SNELL & WILMER L.L.P.

By: */s/ Michael Paretti*
Kelly H. Dove
Michael Paretti
SNELL & WILMER L.L.P.
3883 Howard Hughes Parkway
Suite 1100
Las Vegas, Nevada 89169

Jean F. Kuei
*Pro Hac Vice Application to be Filed*
REED SMITH LLP
1301 K. Street, N.W.
Suite 1000 – East Tower
Washington, D.C. 20005

*Attorneys for Defendant PetSmart, Inc.*

4844-5030-1003